```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHIRLEY EDWARDS,                       :
                                       :
            Plaintiff,                 :   CIVIL ACTION
                                       :
     v.                                :   No. 09-cv-1184
                                       :
A.H. CORNELL AND SON, INC.,            :
d/b/a AH CORNELLS, et al.,             :
                                       :
            Defendants.                :
```

**ORDER**

AND NOW, this   23rd   day of July, 2009, it is hereby ORDERED Defendants' Motion to Dismiss is GRANTED as to Plaintiff's ERISA, section 510 claim.  Furthermore, the Court declines to exercise supplemental jurisdiction.  Plaintiff's common-law wrongful discharge claim is, therefore, DISMISSED with leave to Plaintiff to re-file it in the appropriate state court.

                                    BY THE COURT:


                                    s/J. Curtis Joyner
                                    J. CURTIS JOYNER, J.